IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00553-REB-CBS | FTR - Reporter Deck - Courtroom A402 | |
| Date: | September 24, 2013 | Courtroom Deputy: | Courtni Covington |

*Parties:*                                           *Counsel:*

WILLIAM LAWRENCE, *et al.,*                    Kevin W. Williams

      Plaintiffs,

v.

TRIUMPH CSR ACQUISITION, LLC, *et al.,*        Robert J. Zavaglia, Jr.

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      8:30 a.m.**
Court calls case.  Appearance of counsel.

The court addresses the parties regarding rescheduling the hearing from the previous day.

Counsel for Defendants withdraw their objection to Plaintiffs' Motion for Leave to File Amended Complaint.

**ORDERED:**          In light of the Motion being unopposed, **Plaintiffs' MOTION for Leave to File Amended Complaint** [Doc. No. 29, filed 9/4/2013] is **GRANTED**. The  Motion Hearing set for October 21, 2013 on Doc. No. 29 is **VACATED**.

Discussion between the court and the parties regarding resetting discovery deadlines.

**ORDERED:**          The parties' **Joint MOTION to Stay Discovery and Scheduling Order Deadlines** [Doc. No. 33, filed 9/12/2013] is **DENIED**.

      **The following discovery deadlines have been extended:**

            Parties shall designate affirmative experts **on or before November 13, 2013.**

            Parties shall designate rebuttal experts **on or before December 11, 2013.**

Discovery Cut-off:   **January 14, 2014**

The court notes the dispositive motion deadline will not change from December 16, 2013 and the Final Pretrial Conference nor the currently set trial dates will be moved.

Counsel address discovery disputes that have arisen between the parties.  Discussion regarding Defendants' objection to a contentious interrogatory.

The court notes if Plaintiffs' counsel were to file a motion to compel challenging the sufficiency of the response to the contentious interrogatory, the court would be inclined to grant it and award sanctions.  Discussion regarding 30(b)(6) depositions.  The court recommends instead that Defendants supplement their response based on all information  they currently have.

Counsel for Defendants requests 20 days to supplement.  Discussion regarding the need for additional time.

**ORDERED:**         Defendants are to supplement their response to the contentious interrogatory **within 20 days of today's date**.

Discussion regarding a Request for Production Plaintiff is seeking in relation to the contentious interrogatory.  The court notes that because it has already ordered Defendants to supplement their response to Interrogatory No. 1, it is implicitly requiring them to supplement the responsive Request for Production No. 1.

HEARING CONCLUDED.
**Court in recess**:      **9:09 a.m.**
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.