IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00553-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:                October 23, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                              *Counsel:*

WILLIAM LAWRENCE, *et al.,*                      Andrew C. Montoya

    Plaintiffs,

v.

TRIUMPH CSR ACQUISITION, LLC, *et al.,*     Robert J. Zavaglia, Jr.

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        9:12 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the court regarding Defendants' **Opposed Motion for Extension of Time to File Responses to Plaintiff William Lawrence's Second and Third Sets of Discovery Requests** [Doc. No. 41] and **Plaintiffs' Motion to Compel** [Doc. No. 44].

The court addresses counsel regarding the two pending motions before the court and the previous discovery hearing.  The court notes Plaintiffs' Motion to Compel fails to comply with the court's practice standards governing discovery disputes.

Discussion held regarding Plaintiffs' objection to an extension of time for Defendants to respond to discovery requests and how the parties are moving discovery forward.

Discussion regarding depositions to be taken and interrogatories served.  Counsel for Plaintiffs withdraws their opposition to the Motion for Extension of Time.

Discussion regarding Plaintiffs' discovery issues with Defendants.

**ORDERED:**          The court will require Defendants to respond to Plaintiffs' second and third sets of discovery requests **no later than 5:00 p.m. on October 28, 2013.** Those responses must comply in all respects with Rules 26(g), 33, 34, and

        36. The court will also require Defense counsel to identify for Plaintiffs their 30(b)(6) deponents **no later than noon today.** Those depositions shall be scheduled and completed **no later than November 8, 2013.** The parties are to identify and agree on a schedule **no later than October 31, 2013** for all other depositions that will be taken.

The court notes it is not precluding the Defendants from propounding legitimate objections.

**ORDERED:** Defendants' Opposed Motion for Extension of Time to File Responses to Plaintiff William Lawrence's Second and Third Sets of Discovery Requests [Doc. No. 41] is **GRANTED**. Defendants' discovery responses must be served without fail **no later than October 28, 2014.**

**ORDERED:** Plaintiffs' Motion to Compel [Doc. No. 44, filed 10/22/2013] is **DENIED** for failure to comply with the court's practice standards.

The court notes discovery issues Plaintiffs cited in their Motion to Compel have been resolved and addresses counsel regarding working together cooperatively to move the case forward.

HEARING CONCLUDED.
**Court in recess**:   **9:44 a.m.**
Total time in court:   00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.