**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-00553-REB-CBS

WILLIAM LAWRENCE, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization,

      Plaintiffs,

v.

TRIUMPH CSR ASQUISITION, LLC, d/b/a AUGUSTE ESCOFFIER SCHOOL OF
CULINARY ARTS, and
TRIUMPH HIGHER EDUCATION GROUP, LLC,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss With Prejudice**
[#60][1] filed March 4, 2014.  After reviewing the motion and the record, I conclude that
the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss With Prejudice** [#60] filed March 4,
2014, is **GRANTED**;

      2.  That the combined Final Pretrial Conference and Trial Preparation
Conference set March 21, 2014, are **VACATED**;

      3.  That the jury trial set to commence April 7, 2014, is **VACATED**; and

---

[1]  "[#60]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated March 4, 2014, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge